AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

FILED
FEB 21 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DUSTIN LOCKWOOD | ) | Case No. 4:18 MJ 1061 JMB |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 20, 2018** in the county of **Jefferson County** in the **Eastern** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(q)(2)(A) | possession of one or more firearms in a school zone |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Eric Shelvy, SA, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/21/2018

_____
Judge's signature

City and state: St. Louis, Missouri     Honorable John M. Bodenhausen, U.S. Magistrate Judge
_____
Printed name and title