IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18 MJ 1061 JMB |
| ) | |
| DUSTIN LOCKWOOD ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RESET DETENTION HEARING

Comes now Defendant, Dustin Lockwood, through his attorney, Melissa Goymerac, Assistant Federal Public Defender, and requests this Court reset his detention hearing to a time during the morning of Monday February 26, 2018, instead of the current 1:30pm setting. Counsel for Mr. Lockwood intends to call a witness that will be unavailable to appear in the afternoon.

WHEREFORE, defendant requests this Court grant his request to reset his detention hearing to 10am or sooner to allow for his witness to appear.

Respectfully submitted,

/s/ Melissa K. Goymerac
MELISSA K. GOYMERAC
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Melissa_Goymerac@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Rodney Holmes, Assistant United States Attorney.

                                      Respectfully submitted,

                                      /s/ Melissa K. Goymerac
                                      MELISSA K. GOYMERAC
                                      Assistant Federal Public Defender